**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD HUNTER, | No. CV 08-6449-DOC(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| A. HEDGPETH (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: July 27, 2011

/s/ David O. Carter
DAVID O. CARTER
United States District Judge